IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 3:15cr 312-MHT |
| v. ) | [18 USC § 922(d)] |
| ) | |
| MICHAEL T. CLEMENTS ) | |
| ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about July 18, 2014, in Macon County, in the Middle District of Alabama, the defendant,

**MICHAEL T. CLEMENTS,**

while aiding and abetting and being aided and abetted by others, knowingly sold and disposed of a firearm, that is, a Smith and Wesson .357 caliber revolver, to a person knowing and having reasonable cause to believe that the person was then an alien illegally and unlawfully in the United States, in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

### COUNT 2

On or about May 8, 2015, in Macon County, in the Middle District of Alabama, the defendant,

**MICHAEL T. CLEMENTS,**

while aiding and abetting and being aided and abetted by others, knowingly sold and disposed of ammunition, that is, a total of 22 rounds of .38 caliber ammunition, to a person knowing and having reasonable cause to believe that the person was then an alien illegally and unlawfully in the United States, in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

A TRUE BILL:

_____
Foreperson

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

Brandon K. Essig
Assistant United States Attorney