IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       3:15cr312-MHT
                            )           (WO)
MICHAEL T. CLEMENTS         )
```

ORDER

The government and the defendant having informed the court that this case will go to trial, it is ORDERED that, four business days before the jury-selection date, they are each to file a brief (1) summarizing the evidence to be presented at trial; (2) setting forth the elements of the crime(s) charged and how the evident does or does not satisfy those elements; and (3) addressing any evidentiary issues they think may arise at trial.

DONE, this the 24th day of November, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE