IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:15cr312-MHT |
| | ) | (WO) |
| MICHAEL T. CLEMENTS | ) | |

ORDER OF AFFIRMANCE

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on April 3, 2017 (doc. no. 86), affirming the judgment of conviction and sentence pronounced in this case as to defendant Michael T. Clements on April 27, 2016, and entered on May 9, 2016 (doc. no. 61), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on May 2, 2017, and received in the office of the clerk of this court on May 2, 2017, (doc. no. 87), it is the ORDER, JUDGMENT, and DECREE of the court that the judgment of conviction and sentence pronounced upon defendant Michael T. Clements on April

27, 2016, and entered on May 9, 2016 (doc. no. 61), is continued in full force and effect.

DONE, this the 3rd day of May, 2017.

                                        /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**