IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:15cr312-MHT |
| | ) | (WO) |
| MICHAEL T. CLEMENTS | ) | |

## ORDER

Upon consideration of the probation officer's petition for early termination of probation (doc. no. 89), as amended (doc. no. 90), and the included memorandum describing defendant Michael T. Clements's compliance with all terms of probation for over three years and his stable residence and employment, and based on the government's support for the request, it is ORDERED that:

(1) The petition, as amended, is granted.

(2) Defendant Michael T. Clements's term of probation is terminated effective immediately, and he is discharged.

DONE, this the 12th day of November, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**